Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Stanislaw Zajkowski and Feliksa Zajkowski, appellees, v. William and Josephine Adent, appellants. Gen. No. 25,540.

Action to recover money loaned. Judgment for plaintiffs. Appeal

from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed with finding of fact. Opinion filed November 30, 1920.

J. R. Beckett, for appellants. No appearance for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.